

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Gregory Makozy                                                            Case No.

vs

Charles Zimmerer

COMPLAINT FOR DAMAGES

I. PARTIES TO THE COMPLAINT:

   A. Gregory Makozy, Pro-se, Plaintiff

      Address: gmakozy1@gmail.com

         1808 Garfield St Unit A

         Aliquippa, PA 15001

   B. Charles Zimmerer, Defendant

         601 Brickell Key Dr Ste 700

         Miami, FL 33131-2649

II. BASIS FOR JURISDICTION

     A.  Defendant violated federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

     B. Diversity of Jurisdiction

        Defendant lives in Florida. Plaintiff is domiciled in PA.

     C. Amount of money is over $75K

III. Statement of Claims

Plaintiff had Defendant represent him in a Chap 7 BK case. The attorney attended the 341 hearing with Plaintiff. At the hearing, it was determined Plaintiff did not properly fill out BK petition. He did not know how to do it. Trustee advised Defendant to amend the BK petition and add in assets that were missing. Instead of adding them in, Defendant transferred the case

to the BK court in Pittsburgh. Defendant had a duty to amend the BK petition. Because of him not doing so, Plaintiff got charged and sentenced to a crime of BK fraud. This violates Plaintiffs rights for due process.

Defendant had a breach of duty. He agreed to amend the BK paperwork properly and never did so.

The Defendants conduct hurt Plaintiff financially and Plaintiff suffered financial losses as a result.

IV. Relief

Plaintiff seeks in excess of $10 million in punitive damages and $10 Million in compensatory damages. This is to prevent Defendant and others from doing this again.

Respectfully submitted,

*[signature]*
Gregory Makozy, Pro-se

M Mallory
3701 SW Corporate Pkwy #103
Palm City, FL 34990

WEST PALM BCH FL 334
27 MAY 2021 PM 2 L

U.S. Courthouse
101 N. US Highway 1
Fort Pierce, FL 34950

34950-425699